RANDY E. THOMAS, ESQ. / SBN: 78411
JEANNINE I. MALDONADO. ESQ. / SBN:285619
JONATHAN P. MARRS ESQ. / SBN:258525
LAW OFFICE OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
P.O. Box 717
Woodbridge, CA 95258
Telephone: (209) 369-9255
Facsimile: (209) 369-9288

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KOENIG<br><br>          Plaintiff<br><br>v.<br><br>MARRIOT INTERNATIONAL, INC.<br>and DOES 1-10 inclusive,<br><br>          Defendants. | Case No.: 2:16-cv-02050-TLN-DB<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

1. Plaintiff Linda Koenig has reached agreement with Defendant Marriot International, Inc. to resolve her claims.

2. The parties are in the process of finalizing a settlement agreement and will be filing a notice of dismissal shortly.

3. Accordingly, there is no need for the Court to further consider or rule on any pending motions in this case.

/ / / /
/ / / /
/ / / /
/ / / /

-1-

NOTICE OF SETTLEMENT

| | |
|---|---|
| 1  Dated: March 26, 2018 | LAW OFFICES OF RANDY E. THOMAS |
| 2 | |
| 3 | _/s/ Jonathan Marrs_____ |
| 4 | By: JONATHAN MARRS<br>Attorney for Plaintiff |

-2-

**NOTICE OF SETTLEMENT**