Ian A. Rambarran, Bar No. 227366
Michael W. Carruth, Bar No. 249263
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
irambarran@klinedinstlaw.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC. (sued incorrectly as MARRIOT INTERNATIONAL, INC.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KOENIG,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRIOT INTERNATIONAL, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.    2:16-cv-02050- TLN-DB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

# ORDER

**PURSUANT TO STIPULATION** filed on April 12, 2018**,** IT IS HEREBY ORDERED that Plaintiff Linda Koenig's Complaint shall be dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(2) and this Court shall retain ancillary jurisdiction to enforce the terms of and compliance with the settlement agreement.

DATED: April 12, 2018

_____
Troy L. Nunley
United States District Judge